**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Vladimir Binkevich,<br><br>Debtor. | Chapter 7<br><br>Case No. 1-19-43558-cec |

**STIPULATION EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE AND ANY CLAIMED EXEMPTIONS, AND FOR DISMISSAL**

IT IS HEREBY stipulated and agreed by and between the undersigned that the time periods for the Trustee, creditors, and the United States Trustee to object to the discharge of the Debtor, the dischargeability of debts, for objection to any claimed exemptions of property of the estate, and for dismissal of the case are hereby extended until November 7, 2019.

| | |
|---|---|
| Dated: Brooklyn, New York<br>July 10, 2019 | ALAN NISSELSON, *Chapter 7 Trustee*<br><br>By: /s/ Alan Nisselson<br>Alan Nisselson (anisselson@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel.: (212) 237-1000 |
| Dated: Brooklyn, New York<br>July 10, 2019 | LAW OFFICE OF ALLA KACHAN, P.C.<br>*Attorneys for the Debtor*<br><br>By: /s/ Alla Kachan<br>Alla Kachan (alla@kachanlaw.com)<br>3099 Coney Island Avenue, 3rd Floor<br>Brooklyn, NY 11235<br>Tel.: (718) 513-3145 |

**Dated: Brooklyn, New York**
**July 23, 2019**

United States Bankruptcy Court Eastern District of New York

Carla E. Craig

**Carla E. Craig**
**United States Bankruptcy Judge**