Alan Nisselson, Chapter 7 Trustee
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000
Email: anisselson@windelsmarx.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| In re | |
|---|---|
| VLADIMIR BINKEVICH, | Chapter 7 |
| | Case No. 1-19-43558-cec |
| Debtor. | |

## AFFIDAVIT OF SERVICE BY UNITED STATES MAIL

**STATE OF NEW YORK** )
                                         )  S.S.:
**COUNTY OF NEW YORK** )

**MARITZA SEGARRA**, being duly sworn, deposes and says that deponent is not a party to the action,

is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th

Street, New York, New York 10019, and that on September 17, 2019, I served the:

Notice of Trustee's Motion Pursuant to 11 U.S.C. § 105(a) and Federal Rules of Bankruptcy Procedure 9019(a) for an Order Approving Stipulation of Settlement Between Trustee and Debtor;  and

Trustee's Motion Pursuant to 11 U.S.C. § 105(a) and Federal Rules of Bankruptcy Procedure 9019(a) for an Order Approving Stipulation of Settlement Between Trustee and Debtor, upon:

| | |
|---|---|
| Vladimir Binkevich<br>428 Ovington Avenue # 3A<br>Brooklyn, NY 11209 | Rachel Wolf, Esq.<br>Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |
| Alla Kachan, Esq.<br>Law Office of Ala Kachan<br>3099 Coney Island Avenue<br>3rd Floor<br>Brooklyn, NY 11235<br><br>*Attorneys for the Debtor* | Rachel Blumenfeld, Esq.<br>Law Office of Rachel S. Blumenfeld<br>26 Court Street<br>Suite 2220<br>Brooklyn, NY 11242<br><br>*Attorneys for Gary Gorbakovsky,*<br>*Edward Gorbakovsky and Viktor Gubenko* |

{11736921:1}

And the Notice of Trustee's Motion Pursuant to 11 U.S.C. § 105(a) and Federal Rules of Bankruptcy Procedure 9019(a) for an Order Approving Stipulation of Settlement Between Trustee and Debtor, upon:

| | |
|---|---|
| ACM MCC VI LLC<br>c/o Weltman Weinberg & Reis Co., LPA<br>3705 Mariane Drive<br>Grove City, OH 43123-8895 | Alex Barengolts<br>41 Oceana East<br>Apt. 10E<br>Brooklyn, NY 11235 |
| Bizfi Fundings<br>460 Park Avenue S.<br>10th Floor<br>New York, NY 10016-7470 | Chase Bank USA, N.A.<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Card Services<br>Correspondence Dept.<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Edward Gorbakovsky<br>2903 W. Shawna<br>Tucson, AZ 85745-5244 |
| Euroline Foods, LLC<br>175 Lake Avenue<br>Staten Island, NY 10303-2727 | GMI Corp.<br>1601 Gravesend Neck Rd.<br>Suite 15<br>Brooklyn, NY 11229-4426 |
| Gary Gorbakovsky<br>1991 N. Coral Bells Drive<br>Tucson, AZ 85745-5226 | Sunlight Realty, LLC<br>c/o MZA<br>4405 17th Avenue<br>Brooklyn, NY 11204-1025 |
| United Collection Bureau<br>5620 Southwyck Blvd.<br>Suite 206<br>Toledo, OH 43614-1501 | Viktor Gubenko<br>170 72nd Street<br>Apt.   595<br>Brooklyn, NY 11209-2081 |
| Wells Fargo Home Mortgage<br>MAC N9777-112<br>P.O. Box 5169<br>Sioux Falls, SD 57117-5169 | Wells Fargo Home Mortgage<br>P.O. Box 14411<br>Des Moines, IA 50306-3411 |
| Marl Magnozzi,, Esq.<br>MAGNOZZI & KYE, LLP<br>23 Green Street Suite 302<br>Huntington, NY 11743<br><br>*Attorneys for Merchant Cash and Capital, LLC, d/b/a Bizfi Funding* | |

by First Class Mail at their last known addresses given or located for that purpose, by delivering a true copy of same securely enclosed in a first class postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| Sworn to before me this 17th day of September  2019 | |
|---|---|
| /s/ David Lopez<br>David Lopez<br>Notary Public, State of New York<br>No. 02L06356379, Qualified in Kings County<br>Commission Expires March 27, 2021 | /s/ Maritza Segarra<br>MARITZA SEGARRA |